# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK BANKS, as "next friend" for David Turpin and Louise Turpin,

    Petitioner,

vs.

CENTRAL INTELLIGENCE AGENCY, et al.,

    Respondents.

No. 2:18-CV-0281-CMK-P

ORDER

    Petitioner, who appears to purport to be filing on behalf of others, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. According to petitioner, the Turpins are challenging a pre-trial detention order issued by the Riverside County Superior Court. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In this case, petitioner appears to allege that he and/or the Turpins are confined in Youngstown, Ohio. However, because the pre-trial detention order was issued in Riverside County, which is within the boundaries of the United States District Court for the Central District of California, this

matter should be transferred to that court.  See id. at 499 n.15.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED:  March 13, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE